IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE  IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE   IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE   IN RE BEINEKE IN RE BEINEKE   IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE   IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE   IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE  IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE  IN RE BEINEKE IN RE BEINEKE   IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE IN RE BEINEKE   IN RE BEINEKE IN RE BEINEKE